**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**
**BENTON DIVISION**

| | |
|---|---|
| AARON SEALY, | ) |
|     Plaintiff, | ) |
| Vs. | ) |
| | ) Case No. 22 CV 2349 |
| Chase PARTAIN, DEPUTY D. ELLIOT | ) |
| CITY OF MCLEANSBORO, HAMILTON COUNTY | ) |
| SHERIFF'S OFFICE AND HAMILTON COUNTY, | ) |
| | ) |
|     Defendants. | ) |

## COMBINED MOTION TO DISMISS

NOW COME the defendants, DEVIN. ELLIOT, THE HAMILTON COUNTY SHERIFF'S OFFICE AND HAMILTON COUNTY, CHASE PARTAIN AND CITY OF MCLEANSBORO by and through their attorneys, LITCHFIELD CAVO LLP, and IFMK LAW, LTD and pursuant to Fed. R. Civ. P. 12(b) (6) to enter an order dismissing Counts II, III, IV and V of the Plaintiff's Second Amended Complaint.  In support thereof, Elliot, Hamilton County and Hamilton County Sheriff's Chase Partain and City of McLeansboro's office submit their separately filed Memorandum of Law.

WHEREFORE, the Defendants, DEVIN. ELLIOT, HAMILTON COUNTY SHERIFF'S OFFICE and HAMILTON COUNTY, CHASE PARTAIN AND CITY OF MCLEANSBORO respectfully request this Court dismiss Counts II, III, IV and V of the plaintiff's second amended complaint.

Respectfully submitted,

/s/*Patrick J. Ruberry*
Attorney for Defendants Devom. Elliot, Hamilton County Sheriff's Office and Hamilton County

Patrick J. Ruberry.
LITCHFIELD CAVO, LLP
303 West Madison  - Suite 300
Chicago, Illinois 60606
Phone:  312-781-6675

Fax:  312-781-6630
cuevas@litchfieldcavo.com
ADRC: No. 6188844

Respectfully submitted,


*s/Michael J. Victor*
Attorney for Defendants City of McLeansboro and
Chase Partain

Michael J. Victor, #6297846
IFMK Law, Ltd.
650 Dundee Road, Ste. 475
Northbrook, IL 60062
847-291-0200
mvictor@ifmklaw.com