**STATE OF ILLINOIS**
**IN THE CIRCUIT OF THE SECOND JUDICIAL COURT**
**HAMILTON COUNTY**

FILED
OCT 19 2022

THE PEOPLE OF THE STATE OF ILLINOIS,    )
                                         )
vs.                                      )    No. 22 -CF- 29
                                         )    Ct. I, II
Aaron J. Sealy                           )
_____          )
            Defendant                    )

**PLEA OF GUILTY AND WAIVER OF JURY**

I, the undersigned, Defendant in the above entitled cause, hereby enter a plea of guilty in Manner and form as charged therein in the *Illinois Citation Information and Complaint*, filed in said cause. I hereby waive a Trial by Jury and consent to an immediate hearing, and also consent that the Court fix my punishment under my plea herein. I am ___30___ years of age.

Done in open Court, at McLeansboro Illinois, on ___7/6___, 20_22_.

Signed in the presence of

_____

_____
(Defendant)



EXHIBIT
A