IN THE CIRCUIT COURT OF Hamilton, ILLINOIS
2nd JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS
Vs.
Aaron J. Sealy
Defendant

Case No. 22-CF-29
Date of Sentence 7/6/2022
Date of Birth 11/9/91

FILED OCT 19 2022
CLERK OF THE CIRCUIT COURT HAMILTON COUNTY, ILLINOIS

## JUDGMENT – SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant has been adjudged guilty of the offenses enumerated below; IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF | STATUTORY CITATION | CLASS | SENTENCE | MSR |
|---|---|---|---|---|---|---|
| I | Aggravated Battery | 10/20/21 | 720 ILCS 5/12-3.05(d)(4) | 2 | 6 Yrs. __ Mos. | 1 Yrs. __ Mos. |
| II | Aggravated Battery | 10/20/21 | 720 ILCS 5/12-3.05(d)(4) | 2 | 6 Yrs. __ Mos. | __ Yrs. __ Mos. |

To run (concurrent with) (consecutively to) count(s) ___ and served at 50%, 75%, 85%, 100% pursuant to 730 ILCS 5/3-6-3 ___ Per PRB, MSR up to 12 Mos.

To run (concurrent with) (consecutively to) count(s) ___ and served at 50%, 75%, 85%, 100% pursuant to 730 ILCS 5/3-6-3 ___ Per PRB, MSR up to 12 Mos.

___ Yrs. __ Mos. ___ Yrs. __ Mos.
To run (concurrent with) (consecutively to) count(s) ___ and served at 50%, 75%, 85%, 100% pursuant to 730 ILCS 5/3-6-3 ___ Per PRB, MSR up to 12 Mos.

This Court finds that the defendant is:
___ Convicted of a class ___ offense but sentenced as a class X offender pursuant to 730 ILCS 5/5-4.5-95.
___ Convicted of a Class 3 or 4 offense (other than a violent crime as defined in Section 3 of the Rights of Crime Victims & Witnesses Act)
___ 4 or more months remaining ___ fewer than 4 months remaining 730 ILCS 5/5-4-1(c-7) (effective 7/1/21 P.A. 101-652)

The Court further finds that the defendant is entitled to receive credit for time actually served in custody of (of **157** days as of the date of this order) from (specify dates) **5/16/22 - 10/19/22** and/or credit for time served on electronic monitoring, GPS monitoring, or home confinement (of ___ days as of the date of this order) from (specify dates) ___. The defendant is also entitled to receive credit for the additional time served in custody from the date of this order until the defendant is received at the Illinois Department of Corrections.

___ The Court further finds that the conduct leading to conviction for the offenses enumerated in counts ___ resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii))

___ The Court further finds that the defendant meets the eligibility requirements for possible placement in the Impact Incarceration Program. (730 ILCS 5/5-4-1(a))

___ The Court further finds that offense was committed as a result of the use of, abuse of, or addiction to alcohol or a controlled substance and recommends the defendant for placement in a substance abuse program. (730 ILCS 5/5-4-1(a))

___ The defendant successfully completed a full-time (60-day or longer) Pre-Trial Program ___ Educational/Vocational ___ Substance Abuse ___ Behavior Modification ___ Life Skills ___ Re-Entry Planning – provided by the county jail while held in pre-trial detention prior to this commitment and if eligible for sentence credit in accordance with 730 ILCS 5/3-6-3(a)(4). THEREFORE IT IS ORDERED that the defendant shall be awarded one day of sentence credit for each day in which the Defendant is engaged in the activities, ___ days, if not previously awarded. (effective 7/1/21 P.A. 101-652)

___ The defendant passed the high school level test for General Education and Development (GED) on ___ while held in pre-trial detention prior to this commitment and is eligible to receive Pre-Trial GED Program Credit in accordance with 730 ILCS 5/3-6-3(a)(4.1). THEREFORE IT IS ORDERED that the defendant shall be awarded 90 days of additional sentence credit, if not previously awarded.

___ The Court further finds that the Defendant served ___ days engaged in a self-improvement program, volunteer work, or work assignments, and shall receive 0.5 days of sentence credit for each day the Defendant was engaged in activities for a total of ___. (730 ILCS 5/3-6-3(a)(4.2)

___ The Court further finds that the Defendant has been advised of and given a copy of the financial obligations and statutory fines, fees and assessments pursuant to SCR 452.

X IT IS FURTHER ORDERED the sentence(s) imposed on count(s) **I, II** be (concurrent with) (consecutive to) the sentence imposed in case number **21-CF-44**, in the Circuit Court of **Hamilton** County.

X IT IS FURTHER ORDERED that **Sentence on counts I, II, & 21-CF-44 will be served consecutively to 21-CF-574 in Williamson County**

The Clerk of the Court shall deliver a certified copy of this order to the sheriff. The Sheriff shall take the defendant into custody and deliver the defendant to the Department of Corrections which shall confine said defendant until expiration of this sentence or until otherwise released by operation of law.

This order is ( X effective immediately) ( ___ stayed until ___ ).

DATE: October 19, 2022    ENTER: _____
(JUDGE'S NAME HERE)

EXHIBIT 13