IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AARON SEALY, <br><br> Plaintiff, <br><br> v. <br><br> CHASE PARTAIN, et al., <br><br> Defendants. | Case No. 22-CV-02349-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 3, 2024 (Doc. 93), Counts I and II of Plaintiff Aaron Sealy's Second Amended Complaint (Doc. 47) are **DISMISSED with prejudice**. Counts III, IV, and V of Plaintiff Sealy's Second Amended Complaint are **DISMISSED without prejudice**.

**DATED: December 3, 2024**

                                                MONICA A. STUMP,
                                                Clerk of Court


                                          By: *s/ Jackie Muckensturm*
                                                  **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn
                  **STEPHEN P. MCGLYNN**
                  **U.S. District Judge**